AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Michael Gouveia and
Michelle Zanfagna-Gouveia
V.
Michael Brown and Angel Brown
d/b/a Amen Chassis Works

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 077S

TO: (Name and address of Defendant)

Mrs. Angel Brown
Amen Chassis Works
603 Marble Hall Road
Rogersville, TN 37857

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter J. Petrarca
**Petrarca & Petrarca Law Office**
330 Silver Spring Street
Providence, RI 02904
Tel: (401) 273-1111
Fax: (401) 621-2225

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 2/28/07

Barbara Barletta
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3-20-07 |
|---|---|
| NAME OF SERVER (PRINT) Ronald Russo | TITLE USDC Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☑ Other (specify): RI General Laws Title 4 Section F Certified mail Regular mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45 – | 45 – |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-20-07 (Date) [signature] (Signature of Server)

P.O. Box 7588 Warwick RI (Address of Server)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
2007 MAR 28 A 9:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Russo Associates, Inc.**
P.O. Box 7588
Warwick, RI 02887
R.I. Constable

MARCH 20 , 2007

MRS ANGEL BROWN
AMEN CHASSIS WORKS
603 MARBLE HALL ROAD, ROGERSVILLE, TN 37857

RE: MICHAEL GOUVEIA & MICHELLE ZANFAGNA-GOUVEIA VS ANGEL BROWN AMEN CHASSIS WORKS

Enclosed please find a Summons and Complaint relative to the above-captioned matter. In accordance with Rhode Island General Laws and Rules of Procedure, Rule 4 Section F-(1), you are hereby duly served in the above-captioned matter.

You have twenty (20) days in which to file an answer to protect your interest.

Very truly yours,

Ronald J. Russo
Constable

Enclosures:

Certified Mail
RETURN RECEIPT REQUESTED
7003 0500 0004 7122 0014
and
Regular Mail