UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Michael Gouveia, et al
Plaintiff

v. C.A. No. 07-77S

Michael Brown, et al
Defendant

**SHOW CAUSE ORDER**

On or before **May 24, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Loreen Baldwell
Deputy Clerk

ENTER:

WSmm
William E. Smith
US District Judge

Date: 5/4/07

FORMS/SHWCAUS2.ORD