**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL GOUVEIA and**
**MICHELE ZANFAGNA-GOUVEIA**

**v.** **C.A. NO.** 07-077S

**MICHAEL BROWN and**
**ANGEL BROWN doing business as**
**AMEN CHASSIS WORKS**

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk in the above-entitled Court will enter default against Defendants, Michael Brown and Angel Brown d/b/a Amen Chassis Works, in the above action for failure of said Defendant to plead or otherwise defend as required by law.

Said failure to plead or defend is set forth in the affidavit immediately following this application.

Michael Gouveia and
Michelle Zanfagna-Gouveia
By Their Attorney

Law Offices of Petrarca & Petrarca

Peter Petrarca, Esquire #6137
330 Silver Spring Street
Providence, RI 02904
Tel: (401) 273-1111
Fax: (401) 621-2225