**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL GOUVEIA and**
**MICHELE ZANFAGNA-GOUVEIA**

**v.** **C.A. NO.** 07-077S

**MICHAEL BROWN and**
**ANGEL BROWN doing business as**
**AMEN CHASSIS WORKS**

**AFFIDAVIT OF FAILURE TO PLEAD OR OTHERWISE**
**DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

I, the undersigned, being duly sworn, depose and say that I am the duly authorized agent of the Plaintiffs and the attorney of record and have personal knowledge of the facts set forth in this Affidavit.

That examination of the Court files and records in the action shows that the Defendants were duly served with a copy of the Summons and Complaint.

That more than 20 days have elapsed since service of the Summons and Complaint.

That the Defendants have failed to plead or otherwise defend as to the Plaintiffs' Complaint.

That to the best of my knowledge and belief the Defendants are neither an infant nor incompetent.

That this Affidavit is executed by affiant in accordance with Rule 55(a) of the Rules of Civil Procedure for the purpose of enabling the Plaintiffs to obtain

Entry of Default against the Defendants for failure to plead or otherwise defend as to the Complaint.

Law Offices of Petrarca & Petrarca

Peter Petrarca, Esquire #6137
330 Silver Spring Street
Providence, RI 02904
Tel: (401) 273-1111
Fax: (401) 621-2225

Subscribed and sworn to before me this 1st day of June 2007.

Erica DaSilva
Notary Public

ERICA DASILVA
Notary Public of Rhode Island
My Commission Expires 1/26/08