**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL GOUVEIA and**
**MICHELE ZANFAGNA-GOUVEIA**

**v.** **C.A. NO.** 07-077S

**MICHAEL BROWN and**
**ANGEL BROWN doing business as**
**AMEN CHASSIS WORKS**

**ENTRY OF DEFAULT**

It's appearing that the Defendants, Michael Brown and Angel Brown d/b/a Amen Chassis Works, in the above-entitled matter has failed to plead or otherwise defend as provided by the United States District Court for the District of Rhode Island Rules of Civil Procedure.

DEFAULT is hereby entered for Plaintiffs and against said Defendants this 5 day of June 2007.

Wendy Seile
CLERK