**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL GOUVEIA and**
**MICHELE ZANFAGNA-GOUVEIA**

**v.** **C.A. NO.** 07-077S

**MICHAEL BROWN and**
**ANGEL BROWN doing business as**
**AMEN CHASSIS WORKS**

## APPLICATION TO COURT FOR ENTRY OF JUDGEMENT BY DEFAULT

The Plaintiffs in the above- entitled action hereby make application to the Court of entry of judgment by default for the plaintiffs.

Law Offices of Petrarca & Petrarca

Peter Petrarca, Esquire #6137
330 Silver Spring Street
Providence, RI 02904
Tel: (401) 273-1111
Fax: (401) 621-2225

## AFFIDAVIT OF NON-MILITARY SERVICE AND COMPETENCY

The undersigned, being duly sworn under oath deposes and says that the Defendants, Michael Brown and Angel Brown d/b/a Amen Chassis Works, was not, at the time of the commencement of said action, nor is now, in the military service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor an infant or an incompetent.

Peter Petrarca, Esquire

Sworn to and subscribed before me in the City/Town of Providence, County of Providence, State of Rhode Island, this 1st day of June 2007.

Erica DaSilva
Notary Public

ERICA DASILVA
Notary Public of Rhode Island
My Commission Expires 1/26/08