# In the United States District Court
# for the District of Rhode Island

**Michael Gouveia and Michele Zanfagna-Gouveia**
**PLAINTIFF**

**VS.** **Case No. 07-077S**

**Michael Brown and Angel Brown doing business as**
**Amen Chassis Works**
**DEFENDANT**

## NOTICE OF INJUNCTION AND AUTOMATIC STAY

The defendant in this case, Michael Brown and Angel Brown d/b/a Amen Chassis Works, hereby gives notice to the Court that it has commenced a case under Title I of the Bankruptcy Reform Act of 1978 (Title 11 U.S.C. Chapter 13), and has been granted an order of relief pursuant to 11 U.S.C. §301, dated 06/08/2007. Said bankruptcy case is styled In re Michael L. Brown and Angela D. Brown, d/b/a Amen Motorcycles, f/d/b/a Met-L Tek, Case No. 07-50791, in the United States Bankruptcy Court for the Eastern District of Tennessee, Northeastern Division.

Charles Pope /EB

Charles Parks Pope (BPR#15617)
Attorney for Debtor(s)
P.O. Box 3415
Johnson City, TN 37602
(423)282-2512

## CERTIFICATE OF SERVICE

The undersigned party, attorney for a party, or agent hereby certifies that on this 8th day of June, 2007, copies of the documents identified below were mailed, faxed, or hand-delivered to the parties listed.

**DOCUMENTS SERVED**:

A pleading or proposed order captioned Notice of Injunction and Automatic Stay, filed by Michael L. Brown and Angela D. Brown, d/b/a Amen Motorcycles, f/d/b/a Met-L Tek on June 8, 2007.

Charles Pope /EB

Charles Parks Pope
Attorney for Debtor(s)

**ADDRESS OF PARTIES SERVED:**

1. Michael L. Brown and Angela D. Brown
603 Marble Hall Rd.
Rogersville, TN 37857

2. Peter J. Petrarca
Jina Petrarca-Karampetsos
Attorneys for Plaintiff
330 Silver Spring St.
Providence, RI 02904

3. Rhode Island District Court
Attn: Paulette Baldinelli, Court Clerk
One Exchange Terrace
Providence, RI 02903